**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:14-00187** |
| | ) | **JUDGE SHARP** |
| **ROBERT ANTHONY PAYNE** | ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Thursday, June 25, 2015, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE